**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| EDWARD EMAD SHARGI, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>ISLAMIC REPUBLIC OF IRAN,<br><br>*Defendant*. | Case No. 1:26-cv-1193 (SLS) |

**PLAINTIFFS' MOTION FOR ENTRY OF PROTECTIVE ORDER**

Plaintiffs respectfully ask the Court to enter the proposed Protective Order attached as Exhibit 1. In its May 14, 2026, Minute Order, the Court granted Plaintiffs' Motion for Leave to Conduct Expedited Third-Party Discovery. *See* Min. Order, *Shargi, et al., v. Islamic Republic of Iran*, 1:26-cv-01193 (SLS) (D.D.C. May 14, 2026). Pursuant to the Order, Plaintiffs have sought discovery from two non-parties, the United States Department of State ("State Department") and the Federal Bureau of Investigation ("FBI"). Plaintiffs have conferred with the State Department about these discovery requests. The State Department requested that Plaintiffs apply for a Protective Order to govern any production of documents, which may contain sensitive personal information, including personally identifying information and other personal information that would be precluded from disclosure without a court order authorizing disclosure under 5 U.S.C. § 552a(b)(12). Accordingly, Plaintiffs have drafted the enclosed proposed Order, with input from counsel for the State Department, to govern the use of any documents produced by the State Department to Plaintiffs.

Good cause exists to enter this proposed Protective Order because any State Department document productions may include documents or information containing, among other things, sensitive personal information, including personally identifying information maintained in a system of records as defined in 5 U.S.C. § 552a(a)(5), as well as other sensitive personal information, such that an order authorizing disclosure pursuant to 5 U.S.C. § 552a(b)(12) and otherwise protecting the information is appropriate. The terms of the attached proposed Protective Order govern the disclosure of such information.

When good cause exists, courts in this District regularly enter similar protective orders governing nonparty discovery in Foreign Sovereign Immunities Act cases like this one. *See*, *e.g.*, *Holladay v. Islamic Republic of Iran*, 17-cv-00915-RDM, (D.D.C. 2017), ECF Nos. 80, 89 (finding good cause for entering protective orders governing discovery produced by the U.S. Department of Defense that could contain "sensitive personal information, including personally identifying information"); *Fishbeck v. Islamic Republic of Iran*, 18-cv-02248-CRC, (D.D.C. Feb. 18, 2022), ECF No. 78 (entering Protective Order); *Hartwick v. Islamic Republic of Iran*, 18-cv-01612-CKK (D.D.C. Nov. 4, 2022), ECF No. 82 (same).

WHEREFORE, Plaintiffs respectfully request that the Court enter the attached proposed Protective Order.

* * *

Dated: August 31, 2026

Respectfully submitted,

*/s/ Kathryn L. Rakoczy*
Anthony Asuncion (D.C. Bar No. 420822)
Raj Parekh (D.C. Bar No. 978214)
Kathryn L. Rakoczy (D.C. Bar No. 994559)
Ryan R. Sparacino (D.C. Bar No. 493700)
SPARACINO PLLC
1920 L Street, NW, Suite 835
Washington, D.C. 20036
Tel: (202) 629-3530
anthony.asuncion@sparacinopllc.com
raj.parekh@sparacinopllc.com
kate.rakoczy@sparacinopllc.com
ryan.sparacino@sparacinopllc.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of August 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing to all counsel of record. I also certify that I will email an electronic copy of the filed version of this motion and the attached proposed order to counsel of record for the State Department.

*/s/ Kathryn L. Rakoczy*
Kathryn L. Rakoczy